**Fill in this information to identify the case and this filing:**

Debtor Name Black Forge Coffee House, LLC

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number (*If known*): 2:21-bk-21594

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- [x] *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- [x] *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- [x] *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- [x] *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- [x] *Schedule H: Codebtors* (Official Form 206H)
- [x] *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- [ ] Amended *Schedule* ____
- [ ] *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- [ ] Other document that requires a declaration____________________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/26/2021
MM / DD / YYYY

✘ /s/ Ashley Corts
Signature of individual signing on behalf of debtor

Ashley Corts
Printed name

Member
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: Black Forge Coffee House, LLC

United States Bankruptcy Court for the: Western District of Pennsylvania (State)

Case number (If known): 2:21-bk-21594

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B* | $ 205,428.75 |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B* | $ 46,377.68 |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B* | $ 251,806.43 |

## Part 2: Summary of Liabilities

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* | $ 270,976.35 |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 6a of *Schedule E/F* | $ 50,598.33 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* | +$ 151,217.11 |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ 472,791.79 |

**Fill in this information to identify the case:**

Debtor name: Black Forge Coffee House, LLC

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number (If known): 2:21-bk-21594

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

2. **Cash on hand** $150.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value |
|---|---|---|---|---|
| 3.1. | Citizens Bank | Checking | 0 1 7 4 | $465.34 |
| 3.2. | Citizens Bank | Checking | 8 1 3 1 | $720.34 |

4. **Other cash equivalents** *(Identify all)*

4.1. ______ $______

4.2. ______ $______

5. **Total of Part 1** $1,335.68

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. Business premises lease $1,600.00

7.2. ______ $______

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1.______ $______

8.2.______ $______

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81. $ 1,600.00

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less: ______ (face amount) – ______ (doubtful or uncollectible accounts) = ........➔ $______

11b. Over 90 days old: ______ (face amount) – ______ (doubtful or uncollectible accounts) = ........➔ $______

12. **Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82. $______

## Part 4: Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1. ______ | ______ | $______ |
| 14.2. ______ | ______ | $______ |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity: / % of ownership: | | |
| 15.1.______ ____% | ______ | $______ |
| 15.2.______ ____% | ______ | $______ |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |
| 16.1.______ | ______ | $______ |
| 16.2.______ | ______ | $______ |

17. **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83. $______

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
   - ☐ No. Go to Part 6.
   - ☑ Yes. Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| | | MM / DD / YYYY | $ | | $ |
| 20. | **Work in progress** | | | | |
| | | MM / DD / YYYY | $ | | $ |
| 21. | **Finished goods, including goods held for resale** | | | | |
| | | MM / DD / YYYY | $ | | $ |
| 22. | **Other inventory or supplies** | | | | |
| | See Schedule A/B Part 5, Question 22 Attachment | 07/12/2021 | $ | | $3,142.00 |
| 23. | **Total of Part 5** Add lines 19 through 22. Copy the total to line 84. | | | | $3,142.00 |

24. **Is any of the property listed in Part 5 perishable?**
   - ☐ No
   - ☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   - ☐ No
   - ☑ Yes. Book value ________ Valuation method ________ Current value 3,142.00

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   - ☑ No
   - ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
   - ☑ No. Go to Part 7.
   - ☐ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops—either planted or harvested** | $ | | $ |
| 29. | **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $ | | $ |
| 30. | **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. | **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. | **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85. $________

34. **Is the debtor a member of an agricultural cooperative?**

- ☐ No
- ☐ Yes. Is any of the debtor's property stored at the cooperative?
  - ☐ No
  - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

- ☐ No
- ☐ Yes. Book value $________ Valuation method ________ Current value $________

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

- ☐ No
- ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

- ☐ No
- ☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No. Go to Part 8.
- ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $ | | $ |
| 40. **Office fixtures** | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Furnishings | $ | | $ 300.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $ | | $ |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86. $ 300.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

- ☑ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

- ☑ No
- ☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 2019 Ford Transit | $ | | $ 33,000.00 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Three expresso machines | $ | | $ 7,000.00 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87. $ 40,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
   - ☐ No. Go to Part 10.
   - ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|---|
| 55.1 | 701 Chartiers Avenue, McKees Rocks, PA 15136 | Fee Simple Title via affiliate | $ | Book valuation | $ 205,428.75 |
| 55.2 | Lease of Business Premises at 1206 Arlington Avenue, Pittsburgh, PA 15210 | lessee | $ | | $ 0.00 |
| 55.3 | | | $ | | $ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. $ 205,428.75

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   - ☑ No
   - ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   - ☑ No
   - ☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
   - ☐ No. Go to Part 11.
   - ☑ Yes. Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** Black Forge trademark | $ | | $ 0.00 |
| 61. **Internet domain names and websites** blackforgecoffee.com | $ | | $ 0.00 |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** customer subscriber lists | $ 0.00 | | $ 0.00 |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89. $ 0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☐ No
- ☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☑ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)
______ Total face amount ______ – doubtful or uncollectible amount ______ = ➔ $______

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| Description | Tax year | Current value |
|---|---|---|
| NOL | 2019 | $ 0.00 |
| NOL | 2020 | $ 0.00 |
| | | $ |

73. **Interests in insurance policies or annuities**
______ $______

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
See continuation sheet $ Unknown
**Nature of claim** ______
**Amount requested** $______

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
______ $______
**Nature of claim** ______
**Amount requested** $______

76. **Trusts, equitable or future interests in property**
______ $______

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
______ $______
______ $______

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90. $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | | $1,335.68 | | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | $1,600.00 | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | $0.00 | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | $0.00 | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | $3,142.00 | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | $0.00 | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | $300.00 | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | $40,000.00 | | |
| 88. **Real property.** *Copy line 56, Part 9.* ➔ | | | | $205,428.75 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | $0.00 | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | $0.00 | | |
| 91. **Total.** Add lines 80 through 90 for each column. | 91a. | $46,377.68 | + 91b. | $205,428.75 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. 251,806.43 ........ $251,806.43

Debtor 1 Black Forge Coffee House, LLC
First Name Middle Name Last Name
Case number (if known) 2:21-bk-21594

## Continuation Sheet for Official Form 206 A/B

**74) Causes of action against third parties (whether or not a lawsuit has been filed)**

| | | | |
|---|---|---|---|
| potential claims arising from and relating to business relationship | claims and counterclaims against Timothy Gaichas | 0.00 | Unknown |
| potential claims arising from and relating to business relationship | claims and counterclaims against Nicholace W. Miller | 0.00 | Unknown |

Official Form 206 A/B Schedule A/B: Property

**Fill in this information to identify the case:**

Debtor name: Black Forge Coffee House, LLC

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number (If known): 2:21-bk-21594

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☒ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Creditor's name**
Bridgeway Capital

**Creditor's mailing address**
707 Grant Street, Suite 1920
Pittsburgh, PA 15219

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor,

Bridgeway Capital, 1st; Redevelopment Authority of

**Describe debtor's property that is subject to a lien**
701 Chartiers Avenue, McKees Rocks, PA 15136

Column A: $ 133,564.95

Column B: $ 205,428.75

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2 Creditor's name**
KeyBank

**Creditor's mailing address**
11 Stanwix Street
Pittsburgh, PA 15222

**Creditor's email address, if known**

**Date debt was incurred** 8/1/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2019 Ford Transit

Column A: $27,175.86

Column B: $33,000.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $ 270,976.35

Debtor Black Forge Coffee House, LLC Case number (if known) 2:21-bk-21594
Name

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — Amount of claim. Do not deduct the value of collateral.
Column B — Value of collateral that supports this claim

**2.3 Creditor's name**
Redevelopment Authority of Allegheny County

**Describe debtor's property that is subject to a lien**
701 Chartiers Avenue, McKees Rocks, PA 15136

Column A: $110,235.54
Column B: $205,428.75

**Creditor's mailing address**
Chatham One, Suite 900 112 Washington F
Pittsburgh, PA 15219

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Describe the lien**
All accounts/personal property

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ■ Yes. The relative priority of creditors is specified on lines 2.1

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**2.__ Creditor's name**

**Describe debtor's property that is subject to a lien**

$________ $________

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Describe the lien**

**Is the creditor an insider or related party?**
- ☐ No
- ☐ Yes

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Debtor Black Forge Coffee House, LLC Case number (*if known*) 2:21-bk-21594
Name

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |

**Fill in this information to identify the case:**

Debtor: Black Forge Coffee House, LLC

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number (If known): 2:21-bk-21594

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address**<br>Allegheny County Treasurer<br>436 Grant Street<br>Room 108<br>Pittsburgh, PA, 15219<br><br>**Date or dates debt was incurred**<br>2019 Property tax for Black For<br><br>**Last 4 digits of account number** ______<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>Taxes & Other Government Units<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 1,876.39 | $ |
| **2.2** **Priority creditor's name and mailing address**<br>Borough of McKees Rocks<br>c/o Portnoff Law Associates<br>PO Box 391<br>Norristown, PA, 19404<br><br>**Date or dates debt was incurred**<br>Real Estate Taxes 2019 for Bla<br><br>**Last 4 digits of account number** ______<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>Taxes & Other Government Units<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 4,889.85 | $ |
| **2.3** **Priority creditor's name and mailing address**<br>Pennsylvania Department of Revenue<br>Bureau of Compliance<br>Department 280946<br>Harrisburg, PA, 17128-0946<br><br>**Date or dates debt was incurred**<br>2019-2020 Business taxes for E<br><br>**Last 4 digits of account number** ______<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>Taxes & Other Government Units<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,626.35 | $ |

Debtor Black Forge Coffee House, LLC Case number (if known) 2:21-bk-21594
Name

**Part 1. Additional Page**

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.4 **Priority creditor's name and mailing address**<br>Pennsylvania Department of Revenue<br>Bureau of Compliance<br>PO BOX 280948<br>17128-0948<br><br>**Date or dates debt was incurred**<br>2018-2019 Sales Tax Black For<br><br>**Last 4 digits of account number**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>Taxes & Other Government Units<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $7,871.89 | $ |
| 2.5 **Priority creditor's name and mailing address**<br>Sto-Rox School District<br>300 Ewing Road<br>McKees Rocks, PA, 15136<br><br>**Date or dates debt was incurred**<br>2019 School District Tax Lien fc<br><br>**Last 4 digits of account number**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>Taxes & Other Government Units<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $9,556.50 | $ |
| 2.6 **Priority creditor's name and mailing address**<br>Sto-Rox School District<br>c/o Weiss Burkhardt Kramer, LLC<br>445 Fort Pitt Boulevard, Suite 503<br>Pittsburgh, PA, 15219<br><br>**Date or dates debt was incurred**<br>2019 and 2020 tax owed by Bla<br><br>**Last 4 digits of account number**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>Taxes & Other Government Units<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $23,777.35 | $ |
| 2.__ **Priority creditor's name and mailing address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ | $ |

Official Form 206E/F **Schedule E/F: Creditors Who Have Unsecured Claims** page 2 of 6

**Part 2: List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**
Borough of McKees Rocks
c/o Berkheimer Tax Innovations
PO Box 21450
Lehigh Valley, PA, 18002

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

$ 1,343.87

**Basis for the claim:** sewer - Black Forge Grounds, LLC

**Date or dates debt was incurred** ______

**Last 4 digits of account number** 4613

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2 Nonpriority creditor's name and mailing address**
Citizen's Bank, N.A.
c/o Joel Barras
525 William Penn Place Fl 21
Pittsburgh, PA, 15219

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 6,500.00

**Basis for the claim:** line of credit in former partners name

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.3 Nonpriority creditor's name and mailing address**
Expresso Analyst, Inc.
915 Allegheny River Blvd
Verona, PA, 15147

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,000.00

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.4 Nonpriority creditor's name and mailing address**
Home Depot
2455 Paces Ferry Road
Atlanta, GA, 30339

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 2,000.00

**Basis for the claim:** Credit Card debt in former partner's name

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.5 Nonpriority creditor's name and mailing address**
New Sun Rising
112 E. Sherman Street
Pittsburgh, PA, 15209

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,373.24

**Basis for the claim:** Monies Loaned / Advanced

**Date or dates debt was incurred** 08/01/2017

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.6 Nonpriority creditor's name and mailing address**
Nicholace W. Miller
c/o Gregg R. Zegarelli
2585 Washington Road, Suite 134, Summerfield Commons Office Park
Pittsburgh, PA, 15241

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 33,000.00

**Basis for the claim:** redemption of equity

**Date or dates debt was incurred** 04/01/2021

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
☐ No
☑ Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.7 Nonpriority creditor's name and mailing address**

Rock World Merch
1360 N Hundley Street
Anaheim, CA, 92806

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 4,000.00

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** 12/19/2019

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.8 Nonpriority creditor's name and mailing address**

Timothy Gaichas
c/o Alan Cech
P.O. Box 816
Wexford, PA, 15090

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

$ Undetermined

**Basis for the claim:** Monies Loaned / Advanced

**Date or dates debt was incurred** 01/01/2019

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.9 Nonpriority creditor's name and mailing address**

Urban Redevelopment Authority
412 Blvd of the Allies, Suite 900
Pittsburgh, PA, 15219

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

$ 50,000.00

**Basis for the claim:** Working capital; no documentation of security interest

**Date or dates debt was incurred** 10/06/2020

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.10 Nonpriority creditor's name and mailing address**

Urban Redevelopment Authority of Pittsburgh
412 Boulevard of the Allies, Suite 901
Pittsburgh, PA, 15219

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

$ 30,000.00

**Basis for the claim:** Money loaned to Black Forge Coffee, LLC

**Date or dates debt was incurred** 7/30/2019

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.11 Nonpriority creditor's name and mailing address**

US Small Business Administration
c/o First Commonwealth Bank
601 Philadelphia Street
Indiana, PA, 15701

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

$ 15,000.00

**Basis for the claim:** PPP loan

**Date or dates debt was incurred** April 2020

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Citizens Bank, N.A.<br>c/o Joel Barras<br>525 William Penn Place Fl 21<br>Pittsburgh, PA, 15219 | Line _____<br>☑ Not listed. Explain: | ________ |
| 4.2. | PNC Bank<br>500 First Avenue<br>Pittsburgh, PA, 15219 | Line _____<br>☑ Not listed. Explain | ________ |
| 4.3. | | Line _____<br>☐ Not listed. Explain | ________ |
| 4.4. | | Line _____<br>☐ Not listed. Explain | ________ |
| 41. | | Line _____<br>☐ Not listed. Explain | ________ |
| 4.5. | | Line _____<br>☐ Not listed. Explain | ________ |
| 4.6. | | Line _____<br>☐ Not listed. Explain | ________ |
| 4.7. | | Line _____<br>☐ Not listed. Explain | ________ |
| 4.8. | | Line _____<br>☐ Not listed. Explain | ________ |
| 4.9. | | Line _____<br>☐ Not listed. Explain | ________ |
| 4.10. | | Line _____<br>☐ Not listed. Explain | ________ |
| 4.11. | | Line _____<br>☐ Not listed. Explain | ________ |

Debtor Black Forge Coffee House, LLC Case number (if known) 2:21-bk-21594
Name

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 50,598.33 |
| 5b. **Total claims from Part 2** | 5b. | + | $ 151,217.11 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 201,815.44 |

Official Form 206E/F **Schedule E/F: Creditors Who Have Unsecured Claims** page 6 of 6

**Fill in this information to identify the case:**

Debtor name: Black Forge Coffee House, LLC

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number (If known): 2:21-bk-21594 Chapter 11

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Business lease<br>Lessee | Steelwater Group, LLC<br>701 East Warrington Ave<br>Pittsburgh, PA, 15210 |
| | State the term remaining | 10/1/2023 | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name Black Forge Coffee House, LLC

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number (If known): 2:21-bk-21594

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Black Forge Coffee House McKees Rocks LLC | Black Forge Coffee House McKees Rocks LLC<br>701 Chartiers Ave<br>McKees Rocks, PA 15136 | Nicholace W. Miller | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 | Ashley B. Corts | Ashley B. Corts<br>2218 Arlington Avenue,<br>Pittsburgh, PA 15210 | New Sun Rising | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 | Nicholace W. Miller | Nicholace W. Miller<br>c/o Gregg R. Zegarelli<br>2585 Washington Road, Suite 134, Summerfield Commons Office Park<br>Pittsburgh, PA 15241 | Citizen's Bank, N.A. | ☐ D<br>☑ E/F<br>☐ G |
| 2.4 | Ashley B. Corts | Ashley B. Corts<br>2218 Arlington Avenue,<br>Pittsburgh, PA 15210 | Timothy Gaichas | ☐ D<br>☑ E/F<br>☐ G |
| 2.5 | Black Forge Grounds | Black Forge Grounds, LLC<br>PA | Nicholace W. Miller | ☐ D<br>☑ E/F<br>☐ G |
| 2.6 | Ashley B. Corts | Ashley B. Corts<br>929 Industry Street<br>Pittsburgh, PA 15241 | Nicholace W. Miller | ☐ D<br>☑ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 | Black Forge Coffee | | Nicholace W. Miller | ❑ D ☑ E/F ❑ G |
| 2.8 | Black Forge Coffee | Black Forge Coffee, LLC<br>1206 Arlington Ave<br>Pittsburgh, PA 15210 | Pennsylvania Department | ❑ D ☑ E/F ❑ G |
| 2.9 | Black Forge Coffee | Black Forge Coffee, LLC<br>1206 Arlington Ave<br>Pittsburgh, PA 15210 | Pennsylvania Department | ❑ D ☑ E/F ❑ G |
| 2.10 | Chanel Gallo | Chanel Gallo<br>439 Antenor Avenue<br>Pittsburgh, PA 15210 | KeyBank | ☑ D ❑ E/F ❑ G |
| 2.11 | Nicholace W. Mille | Nicholace W. Miller<br>c/o Gregg R. Zegarelli<br>2585 Washington Road, Suite 134, Summerfield Commons Office Park<br>Pittsburgh, PA 15241 | Home Depot | ❑ D ☑ E/F ❑ G |
| 2.12 | Ashley B. Corts | | Steelwater Group, LLC | ❑ D ❑ E/F ☑ G |
| 2.13 | Black Forge Groun | Black Forge Grounds, LLC<br>PA | Borough of McKees Rock | ❑ D ☑ E/F ❑ G |
| 2.14 | Black Forge Groun | Black Forge Grounds, LLC<br>701 Chartiers Avenue<br>McKees Rocks, PA 15136 | Allegheny County Treasu | ❑ D ☑ E/F ❑ G |

Debtor Black Forge Coffee House, LLC Case number (if known) 2:21-bk-21594

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.15 | Black Forge Groun | Black Forge Grounds, LLC<br>701 Chartiers Avenue<br>McKees Rocks, PA 15136 | Sto-Rox School District | ❑ D<br>☑ E/F<br>❑ G |
| 2.16 | Black Forge Groun | Black Forge Grounds, LLC<br>701 Chartiers Avenue<br>McKees Rocks, PA 15136 | Sto-Rox School District | ❑ D<br>☑ E/F<br>❑ G |
| 2.17 | Black Forge Groun | Black Forge Grounds, LLC<br>701 Chartiers Avenue<br>McKees Rocks, PA 15136 | Borough of McKees Rock | ❑ D<br>☑ E/F<br>❑ G |
| 2.18 | Ashley B. Corts | Ashley B. Corts<br>2218 Arlington Avenue<br>Pittsburgh, PA 15210 | Urban Redevelopment Au | ❑ D<br>☑ E/F<br>❑ G |
| 2.19 | Black Forge Coffee | Black Forge Coffee, LLC<br>1206 Arlington Ave<br>Pittsburgh, PA 15210 | Urban Redevelopment Au | ❑ D<br>☑ E/F<br>❑ G |
| 2.20 | Black Forge Coffee | Black Forge Coffee, LLC<br>1206 Arlington Ave<br>Pittsburgh, PA 15210 | Redevelopment Authority | ☑ D<br>❑ E/F<br>❑ G |
| 2.21 | Ashley B. Corts | Ashley B. Corts<br>2218 Arlington Avenue,<br>Pittsburgh, PA 15210 | Redevelopment Authority | ☑ D<br>❑ E/F<br>❑ G |
| 2.22 | Nicholace W. Mille | Nicholace W. Miller<br>c/o Gregg R. Zegarelli<br>2585 Washington Road, Suite 134, Summerfield Commons Office Park<br>Pittsburgh, PA 15241 | Redevelopment Authority | ☑ D<br>❑ E/F<br>❑ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.23 | Black Forge Groun | Black Forge Grounds, LLC<br>701 Chartiers Avenue<br>McKees Rocks, PA 15136 | Redevelopment Authority | ☑ D<br>❑ E/F<br>❑ G |
| 2.___ | | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.___ | | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.___ | | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.___ | | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.___ | | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.___ | | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.___ | | | | ❑ D<br>❑ E/F<br>❑ G |

**Fill in this information to identify the case:**

Debtor name: Black Forge Coffee House, LLC

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number (If known): 2:21-bk-21594

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 07/12/2021 (MM / DD / YYYY) | to Filing date | ☑ Operating a business ☐ Other | $ 101,325.60 |
| **For prior year:** | From 12/31/2020 (MM / DD / YYYY) | to ____ (MM / DD / YYYY) | ☑ Operating a business ☐ Other | $ 161,806.00 |
| **For the year before that:** | From 12/31/2019 (MM / DD / YYYY) | to ____ (MM / DD / YYYY) | ☑ Operating a business ☐ Other | $ 189,341.00 |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 07/12/2021 (MM / DD / YYYY) | to Filing date | | $ 0.00 |
| **For prior year:** | From 12/31/2020 (MM / DD / YYYY) | to ____ (MM / DD / YYYY) | | $ 0.00 |
| **For the year before that:** | From 12/31/2019 (MM / DD / YYYY) | to ____ (MM / DD / YYYY) | | $ 0.00 |

Debtor Black Forge Coffee House, LLC
Name

Case number (*if known*) 2:21-bk-21594

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Creditor's name | | $ | ❑ Secured debt<br>❑ Unsecured loan repayments<br>❑ Suppliers or vendors<br>❑ Services<br>❑ Other |
| 3.2. | Creditor's name | | $ | ❑ Secured debt<br>❑ Unsecured loan repayments<br>❑ Suppliers or vendors<br>❑ Services<br>❑ Other |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Insider's name<br>**Relationship to debtor** | | $ | |
| 4.2. | Insider's name<br>**Relationship to debtor** | | $ | |

Debtor Black Forge Coffee House, LLC Case number (if known) 2:21-bk-21594

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | Creditor's name | | | $ |
| 5.2. | Creditor's name | | | $ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Nicholace W. Miller (Creditor's name)<br>c/o Gregg R. Zegarelli<br>2585 Washington Road, Suite 134,<br>Summerfield Commons Office Park<br>Pittsburgh, PA 15241 | Garnishment of Citizen's Bank account<br><br>Last 4 digits of account number: XXXX– | 06/11/2021 | $1,185.68 |

**Part 3: Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Miller vs. Corts et al<br>Case number: 20-003767 | Confession of Judgment | Allegheny County Court of Common Pleas<br>PA | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Gaichas vs. Black Forge Coffee House LLC et al<br>Case number: 19-017102 | Contract - other | Allegheny County Court of Common Pleas<br>436 Grant Street<br>Pittsburgh, PA 15219 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | $ |
| | **Case title** | **Court name and address** |
| | | Name |
| | **Case number** | |
| | **Date of order or assignment** | |

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | | $ |
| | | | $ |
| **Recipient's relationship to debtor** | | | |
| 9.2. Recipient's name | | | $ |
| | | | $ |
| **Recipient's relationship to debtor** | | | |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $ |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Bernstein-Burkley, P.C.<br>**Address**<br>707 Grant Street, Suite 2200<br>Pittsburgh, PA 15219<br>**Email or website address**<br>**Who made the payment, if not debtor?** | Retainer plus filing fee | 7/7/2021 | $ 4,238.00 |
| 11.2. | **Address**<br>**Email or website address**<br>**Who made the payment, if not debtor?** | | | $ |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| <br>**Trustee** | | | $ |

Debtor Black Forge Coffee House, LLC
Name

Case number (if known) 2:21-bk-21594

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | ______ | | ______ | $______ |
| | Address | | | |
| | Relationship to debtor | | | |
| | ______ | | | |
| | Who received transfer? | | ______ | $______ |
| 13.2. | ______ | | | |
| | Address | | | |
| | Relationship to debtor | | | |
| | ______ | | | |

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From ______ To ______ |
| 14.2. | | From ______ To ______ |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Facility name | | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** *Check all that apply:* ☐ Electronically ☐ Paper |
| 15.2. | Facility name | | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** *Check all that apply:* ☐ Electronically ☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. ____________________

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: |

Has the plan been terminated?

☐ No

☐ Yes

Debtor Black Forge Coffee House, LLC Case number (if known) 2:21-bk-21594

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Name | XXXX– | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other | | $ |
| 18.2. | Name | XXXX– | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other | | $ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name | Address | | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name | Address | | ☐ No ☐ Yes |

Debtor Black Forge Coffee House, LLC Case number (if known) 2:21-bk-21594

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

❑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Various artists | 1206 Arlington Avenue Pittsburgh, PA 15210 | Various cosigned artwork for sale | $ 1,000.00 |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

❑ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| Case number | Name | | ❑ Pending ❑ On appeal ❑ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

❑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

Official Form 207 **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy** page **9**

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Black Forge Grounds, LLC<br>Name<br>701 Chartiers Avenue<br>McKees Rocks, PA 15136 | Single asset real estate | EIN: 61-1897375<br>Dates business existed<br>From 07/27/2018 To |
| 25.2. | Black Forge Coffee, LLC<br>Name<br>1206 Arlington Ave<br>Pittsburgh, PA 15210 | | EIN: 82-2863028<br>Dates business existed<br>From 09/20/2017 To |
| 25.3. | Name | | EIN:<br>Dates business existed<br>From To |

Debtor Black Forge Coffee House, LLC
Name

Case number (if known) 2:21-bk-21594

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | Name | From _______ To _______ |
| 26a.2. | Name | From _______ To _______ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | Ashley B. Corts<br>Name<br>2218 Arlington Avenue, Pittsburgh PA 15210 | From _______ To _______ |
| 26b.2. | Name | From _______ To _______ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Ashley B. Corts<br>Name<br>2218 Arlington Avenue, Pittsburgh PA 15210 | |

Debtor Black Forge Coffee House, LLC
Name

Case number (*if known*) 2:21-bk-21594

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | ______ Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | Bridgeway Capital<br>Name<br>707 Grant Street, Suite 1920, Pittsburgh, PA 15219 |

| | Name and address |
|---|---|
| 26d.2. | Redevelopment Authority of Allegheny County<br>Name<br>One Chatham Center, Suite 900 112 Washington Place Pittsburgh, PA 15219 |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| ______ | ______ | $______ |

| | Name and address of the person who has possession of inventory records |
|---|---|
| 27.1. | ______ Name |

Debtor Black Forge Coffee House, LLC
Name

Case number (if known) 2:21-bk-21594

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| ______ | ______ | $______ |

Name and address of the person who has possession of inventory records

27.2. ______
Name

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ashley B. Corts | 2218 Arlington Avenue, Pittsburgh, PA 15210 | Member | 100 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | ______ To ______ |
| | | | ______ To ______ |
| | | | ______ To ______ |
| | | | ______ To ______ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Ashley B. Corts<br>Name<br>2218 Arlington Avenue<br>Pittsburgh, PA 15210 | 500.00 | 5/28/2021<br>5/14/2021<br>4/29/2021 | salary draws |
| | **Relationship to debtor**<br>owner | | | |

Debtor Black Forge Coffee House, LLC
Name

Case number (if known) 2:21-bk-21594

**Name and address of recipient**

30.2 ____________________
Name

**Relationship to debtor**

____________________

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| ____________________ | EIN: ____________________ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| ____________________ | EIN: ____________________ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/26/2021
MM / DD / YYYY

✘ /s/ Ashley Corts
Signature of individual signing on behalf of the debtor

Printed name Ashley Corts

Position or relationship to debtor Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☑ Yes

Debtor Name Black Forge Coffee House, LLC Case number (if known) 2:21-bk-21594

## Continuation Sheet for Official Form 207

**26d) Creditors**

| | |
|---|---|
| **Small Business Administration** | **c/o First Commonwealth Bank, 601 Philadelphia Street, Indiana PA 15701** |

Official Form 207 Statement of Financial Affairs for Non-Individuals

**United States Bankruptcy Court**

**IN RE:** Case No. 2:21-bk-21594

Black Forge Coffee House, LLC Chapter 11

# LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Ashley B. Corts<br>2218 Arlington Avenue, Pittsburgh, PA 15210 | 100 | |

# Inventory

Hot Coffee Sleeves - 1 case $45
12 oz hot cups - 1 case $58
16 oz hot cups - 1 case $75
12 oz cold cups - 1 case $67
16 oz cold cups - 1 case $57
Hot Lids - 2 cases $65
Cold Lids - 2 cases $72
Half n Half - $66
Whole Milk - $64
Skim Milk - $5
Almond Milk - 1 case $40
Oat Milk - 1 case $35
Soy Milk - 1 case $40
Retail Coffee - $600
Retail Tea - $270
Retail Shirts - $550
Retail Mugs - $130
Syrups - $218
Sugars - $30
Beverage Napkins - 1 case $10
Spices - $25
Drink carriers - $16
Deli Paper - $4
Pastries - $200
Straws - $20
Gloves - $15
Soap - $15
Sanitizer - $10
In house Coffee - $250
In house Tea - $90

Total Inventory $3,142